An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON K. DANIELS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64102

**FILED**

OCT 08 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The notice of appeal filed in this matter does not "designate the judgment, order or part thereof being appeal" as required by NRAP 3(c)(1)(B). It simply states that appellant "hereby files this Notice of Appeal." The intent to appeal from an appealable final judgment cannot be reasonably inferred from that notice or any documents transmitted with it pursuant to NRAP 3(g). *See generally Abdullah v. State*, 129 Nev. ___, ___, 294 P.3d 419 (2013) (observing that intent to appeal from a specific judgment or order that is not designated in a notice of appeal may be reasonably inferred from the notice and other documents submitted in the appeal). The most recent minutes included with the documents transmitted pursuant to NRAP 3(g) indicate that appellant pleaded guilty to second-degree murder on September 19, 2013, and has not yet been sentenced. Although NRS 177.015(3) indicates that a defendant may appeal from "a final judgment or *verdict* in a criminal case," (emphasis added); *see also George v. State*, 122 Nev. 1, 127 P.3d 1055 (2006), there was no verdict that could be the subject of this appeal. And because there has not been an "announcement of a decision, sentence or order," we cannot treat this as a premature appeal from the judgment of conviction.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-30055

NRAP 4(b)(2). Based on appellant's failure to designate an appealable judgment or order as required by NRAP 3(c)(1)(B), we conclude that we lack jurisdiction over this appeal and therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Douglas W. Herndon, District Judge
    Law Office of Betsy Allen
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk

